**Michael and Deborah CONWAY, h/w, Respondents**

v.

**THE CUTLER GROUP, INC. d/b/a The David Cutler Group, Inc., Petitioner.**

Supreme Court of Pennsylvania.

Oct. 15, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 15th day of October, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue, edited for brevity, is as follows:

Did the Superior Court wrongly decide an important question of first impression in Pennsylvania when it held that any subsequent purchaser of a used residence may recover contract damages for breach of the builder's implied warranty of habitability to new home purchasers?